UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                        Plaintiff,<br><br>v.<br><br>EDY GIOVANNI FUENTES-ALVARADO (1); KENIA YAMILETH GOMEZ-CABALLERO (2),,<br><br>                        Defendant. | Case No.: 19cr0970 AJB<br><br>**ORDER AND JUDGMENT GRANTING MOTION TO DISMISS THE INDICTMENT**<br><br>**(Doc. No. 54)** |

    The Court hereby grants the Government's motion to dismiss the indictment in the above case, without prejudice.

    The April 19, 2019 evidentiary hearing is hereby vacated.

    IT IS SO ORDERED.

Dated: April 18, 2019

                                                Hon. Anthony J. Battaglia
                                                United States District Judge